# Third District Court of Appeal
## State of Florida

Opinion filed April 8, 2026.
Not final until disposition of timely filed motion for rehearing.

————————————

No. 3D25-2137
Lower Tribunal No. F16-17929A

————————————

**Melchi Thomas,**
Appellant,

vs.

**State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Marisa Tinkler Mendez, Judge.

Melchi Thomas, in proper person.

James Uthmeier, Attorney General, and Yolande M. Samerson, Assistant Attorney General, for appellee.

Before FERNANDEZ, LINDSEY, and GOODEN, JJ.

PER CURIAM.

Affirmed. See Robinson v. State, 37 So. 3d 921, 921-22 (Fla. 2d DCA 2010).